# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 31, 2019

## NO. 03-19-00521-CV

**Carmen Lizarraga d/b/a Carmen & Co., Appellant**

**v.**

**C. Sue Sharpe as Trustee of the Robert Dale Tindle Jr. Special Needs Trust, Appellee**

**APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, AND KELLY**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE KELLY**

This is an appeal from the judgment signed by the trial court on July 16, 2019. Having reviewed the record, the Court holds that appellant has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.